Fill in this information to identify your case and this filing:

| Debtor 1 | **Kimberly Lynn Nelson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number 18-12474

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2

■ Yes. Where is the property?

1.1

**5816 E 22nd St N**
Street address if available, or other description

**Wichita**   **KS**   **67220-0000**
City   State   ZIP Code

**Sedgwick**
County

What is the property? Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $70,600.00 | $70,600.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................=> | **$70,600.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Cadillac** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property* |
|---|---|---|---|---|

Model:    **Deville**
Year:    **2005**
Approximate mileage: _____
Other information:

VIN 1G6KD57Y5U107250

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples*: Boats, trailers  motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ...........................................=>    **$0.00**

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions

6. **Household goods and furnishings**
   *Examples*  Major appliances  furniture, linens, china  kitchenware
   ☐ No
   ☑ Yes  Describe

| Furniture, Appliances & Household Furnishings | $2,000.00 |
|---|---|

7. **Electronics**
   *Examples*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras  media players, games
   ☑ No
   ☐ Yes  Describe

8. **Collectibles of value**
   *Examples*  Antiques and figurines; paintings, prints  or other artwork; books  pictures, or other art objects; stamp  coin, or baseball card collections; other collections  memorabilia, collectibles
   ☑ No
   ☐ Yes  Describe

9. **Equipment for sports and hobbies**
   *Examples*  Sports, photographic  exercise, and other hobby equipment; bicycles  pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes  Describe

10. **Firearms**
    *Examples*: Pistols  rifles  shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes  Describe

Official Form 106A/B                    Schedule A/B: Property                    page 2

**11   Clothes**
   *Examples*: Everyday clothes  furs  leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes   Describe

| | |
|---|---|
| Clothing | $500.00 |

**12   Jewelry**
   *Examples*: Everyday jewelry  costume jewelry  engagement rings, wedding rings  heirloom jewelry, watches, gems  gold  silver
   ☐ No
   ■ Yes   Describe

| | |
|---|---|
| Misc. Jewelry | $50.00 |

**13   Non-farm animals**
   *Examples*: Dogs, cats, birds  horses
   ■ No
   ☐ Yes   Describe.

**14   Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes   Give specific information

**15   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................     **$2,550.00**

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions

**16   Cash**
   *Examples*: Money you have in your wallet, in your home, in a safe deposit box  and on hand when you file your petition
   ■ No
   ☐ Yes

**17   Deposits of money**
   *Examples*: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions  brokerage houses  and other similar institutions  If you have multiple accounts with the same institution  list each
   ☐ No
   ■ Yes                                    Institution name:

| | | | |
|---|---|---|---|
| 17 1 | Credit Union | Credit Union of America | $5.00 |
| 17 2 | prepaid debit | global cash card | $10.00 |
| 17 3 | prepaid debit card | skylight prepaid card | $10.00 |

**18   Bonds, mutual funds, or publicly traded stocks**
   *Examples*: Bond funds  investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes                                    Institution or issuer name:

**19** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture
- ■ No
- ☐ Yes  Give specific information about them  ...
          Name of entity:                                          % of ownership:

**20** Government and corporate bonds and other negotiable and non-negotiable instruments
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them
- ■ No
- ☐ Yes  Give specific information about them
          Issuer name:

**21** Retirement or pension accounts
*Examples:* Interests in IRA  ERISA, Keogh, 401(k)  403(b), thrift savings accounts, or other pension or profit-sharing plans
- ■ No
- ☐ Yes  List each account separately
          Type of account:             Institution name:

**22** Security deposits and prepayments
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples*  Agreements with landlords, prepaid rent  public utilities (electric  gas, water)  telecommunications companies, or others
- ■ No
- ☐ Yes                                                Institution name or individual:

**23** Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes              Issuer name and description

**24** Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U S C §§ 530(b)(1)  529A(b), and 529(b)(1).
- ■ No
- ☐ Yes              Institution name and description  Separately file the records of any interests 11 U S C  § 521(c):

**25** Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit
- ■ No
- ☐ Yes  Give specific information about them

**26** Patents, copyrights, trademarks, trade secrets, and other intellectual property
*Examples*  Internet domain names, websites  proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes  Give specific information about them

**27** Licenses, franchises, and other general intangibles
*Examples*  Building permits  exclusive licenses  cooperative association holdings  liquor licenses, professional licenses
- ■ No
- ☐ Yes  Give specific information about them

**Money or property owed to you?**                                    Current value of the
                                                                      portion you own?
                                                                      Do not deduct secured
                                                                      claims or exemptions

**28** Tax refunds owed to you
- ☐ No
- ■ Yes  Give specific information about them  including whether you already filed the returns and the tax years

| Earned income credit | Unknown |
|---|---|

Case 18-12474    Doc# 12    Filed 01/14/19    Page 4 of 34

**29  Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
  ■ No
  ☐ Yes. Give specific information.

**30  Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
          benefits; unpaid loans you made to someone else
  ☐ No
  ■ Yes. Give specific information.

| | |
|---|---|
| Wages | Unknown |

**31  Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
  ■ No
  ☐ Yes. Name the insurance company of each policy and list its value.
          Company name:                                    Beneficiary:                    Surrender or refund
                                                                                            value:

**32  Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
  someone has died.
  ■ No
  ☐ Yes. Give specific information.

**33  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
  ■ No
  ☐ Yes. Describe each claim.

**34  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  ■ No
  ☐ Yes. Describe each claim.

**35  Any financial assets you did not already list**
  ■ No
  ☐ Yes. Give specific information.

**36  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
      for Part 4. Write that number here** ...........................................................................................

| |
|---|
| **$25.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

**37  Do you own or have any legal or equitable interest in any business-related property?**
  ■ No  Go to Part 6
  ☐ Yes  Go to line 38

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ■ No  Go to Part 7
  ☐ Yes  Go to line 47

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53  **Do you have other property of any kind you did not already list?**
    *Examples*. Season tickets, country club membership
    ■ No
    ☐ Yes  Give specific information

54  Add the dollar value of all of your entries from Part 7. Write that number here ............................   **$0.00**

| **Part 8:** | List the Totals of Each Part of this Form |
| --- | --- |

| | | |
| --- | --- | --- |
| 55 | **Part 1: Total real estate, line 2** .......................................................................... | **$70,600.00** |
| 56 | **Part 2: Total vehicles, line 5** | **$0.00** |
| 57 | **Part 3: Total personal and household items, line 15** | **$2,550.00** |
| 58 | **Part 4: Total financial assets, line 36** | **$25.00** |
| 59 | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60 | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61 | **Part 7: Total other property not listed, line 54** | + **$0.00** |
| 62 | **Total personal property.** Add lines 56 through 61 | **$2,575.00**   Copy personal property total   **$2,575.00** |
| 63 | **Total of all property on Schedule A/B**  Add line 55 + line 62 | **$73,175.00** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Kimberly Lynn Nelson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number (if known) | 18-12474 | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1 | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a Copy line 55, Total real estate, from Schedule A/B | $  70,600.00 |
| | 1b Copy line 62, Total personal property, from Schedule A/B | $  2,575.00 |
| | 1c Copy line 63, Total of all property on Schedule A/B | $  73,175.00 |

### Part 2:   Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2 | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $  32,863.00 |
| 3 | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $  0.00 |
| | 3b Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $  635,598.00 |
| | Your total liabilities | $  668,461.00 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4 | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $  2,156.45 |
| 5 | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $  2,354.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules

8   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$           1,970.27

9   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

| From Part 4 on *Schedule E/F,* copy the following: | | Total claim |
| --- | --- | --- |
| 9a  Domestic support obligations (Copy line 6a ) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government  (Copy line 6b ) | $ | 0.00 |
| 9c  Claims for death or personal injury while you were intoxicated  (Copy line 6c ) | $ | 0.00 |
| 9d. Student loans  (Copy line 6f ) | $ | 0.00 |
| 9e  Obligations arising out of a separation agreement or divorce that you did not report as priority claims  (Copy line 6g ) | $ | 0.00 |
| 9f  Debts to pension or profit-sharing plans, and other similar debts  (Copy line 6h ) | +$ | 0.00 |
| 9g  **Total**. Add lines 9a through 9f | $ | 0.00 |

Software Copyright (c) 1996-2018 Best Case  LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Fill in this information to identify your case and this filing:

Debtor 1 **Kimberly Lynn Nelson**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number    18-12474

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No  Go to Part 2

■ Yes  Where is the property?

| | | |
|---|---|---|
| **1 1** | | |
| **5816 E 22nd St N** | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property* |
| Street address if available or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | Current value of the entire property? |
| **Wichita** **KS** **67220-0000** | ☐ Land | Current value of the portion you own? |
| City  State  ZIP Code | ☐ Investment property | **$70,600.00** **$70,600.00** |
| | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | ☐ Other | |
| | Who has an interest in the property? Check one | |
| **Sedgwick** | ■ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ☐ At least one of the debtors and another | |
| | Other information you wish to add about this item, such as local property identification number: | |

2  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................=>   **$70,600.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle also report it on *Schedule G: Executory Contracts and Unexpired Leases*

Case 18-12474    Doc# 12    Filed 01/14/19    Page 9 of 34

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Cadillac** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1   Make:   **Cadillac**

Model:   **Deville**

Year:   **2005**

Approximate mileage: _____

Other information:

VIN 1G6KD57Y5U107250

Who has an interest in the property? Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**Unknown**          **Unknown**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples* Boats  trailers, motors, personal watercraft  fishing vessels, snowmobiles  motorcycle accessories

■ No

☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.........................................................=>

|  |
|---|
| **$0.00** |

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

6. **Household goods and furnishings**
   *Examples*: Major appliances  furniture, linens, china  kitchenware

☐ No

■ Yes   Describe

| Furniture, Appliances & Household Furnishings |  | **$2,000.00** |
|---|---|---|

7. **Electronics**
   *Examples*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras  media players, games

■ No

☐ Yes   Describe

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books  pictures, or other art objects; stamp  coin  or baseball card collections;
   other collections  memorabilia, collectibles

■ No

☐ Yes   Describe

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic  exercise, and other hobby equipment; bicycles, pool tables  golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

■ No

☐ Yes   Describe

10. **Firearms**
    *Examples*: Pistols  rifles, shotguns, ammunition  and related equipment

■ No

☐ Yes   Describe

Case 18-12474    Doc# 12    Filed 01/14/19    Page 10 of 34

**11 Clothes**
   *Examples*: Everyday clothes, furs, leather coats  designer wear  shoes  accessories
   ☐ No
   ■ Yes  Describe

| Clothing | $500.00 |
|---|---|

**12 Jewelry**
   *Examples*: Everyday jewelry, costume jewelry  engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes  Describe

| Misc. Jewelry | $50.00 |
|---|---|

**13 Non-farm animals**
   *Examples*: Dogs, cats, birds, horses
   ■ No
   ☐ Yes  Describe

**14 Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes  Give specific information

| 15 | Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................ | $2,550.00 |
|---|---|---|

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions

**16 Cash**
   *Examples*  Money you have in your wallet  in your home  in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes

**17 Deposits of money**
   *Examples*: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions  brokerage houses  and other similar institutions  If you have multiple accounts with the same institution  list each
   ☐ No
   ■ Yes         Institution name:

| 17 1 | Credit Union | Credit Union of America | $5.00 |
|---|---|---|---|

| 17 2 | prepaid debit | global cash card | $10.00 |
|---|---|---|---|

| 17 3 | prepaid debit card | skylight prepaid card | $10.00 |
|---|---|---|---|

**18 Bonds, mutual funds, or publicly traded stocks**
   *Examples*  Bond funds, investment accounts with brokerage firms  money market accounts
   ■ No
   ☐ Yes         Institution or issuer name:

19  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes  Give specific information about them . . . . . . .
        Name of entity:                                        % of ownership:

20  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes  Give specific information about them
        Issuer name:

21  **Retirement or pension accounts**
*Examples*  Interests in IRA  ERISA  Keogh  401(k)  403(b)  thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes  List each account separately
        Type of account:                    Institution name:

22  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples*. Agreements with landlords  prepaid rent  public utilities (electric, gas, water), telecommunications companies  or others

■ No

☐ Yes . . . . .                                    Institution name or individual:

23  **Annuities** (A contract for a periodic payment of money to you  either for life or for a number of years)

■ No

☐ Yes . .                Issuer name and description

24  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U S C  §§ 530(b)(1), 529A(b)  and 529(b)(1)

■ No

☐ Yes . .                          Institution name and description  Separately file the records of any interests 11 U S C  § 521(c):

25  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes  Give specific information about them

26  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*  Internet domain names  websites  proceeds from royalties and licensing agreements

■ No

☐ Yes  Give specific information about them

27  **Licenses, franchises, and other general intangibles**
*Examples*  Building permits  exclusive licenses  cooperative association holdings  liquor licenses, professional licenses

■ No

☐ Yes  Give specific information about them .

**Money or property owed to you?**                                                                            **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28  **Tax refunds owed to you**

☐ No

■ Yes  Give specific information about them, including whether you already filed the returns and the tax years . .

| Earned income credit | Unknown |
| --- | --- |

29  **Family support**
   *Examples:* Past due or lump sum alimony  spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes  Give specific information

30  **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes.  Give specific information

| Wages | Unknown |
|-------|---------|

31  **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit  homeowner's  or renter's insurance
   ■ No
   ☐ Yes  Name the insurance company of each policy and list its value
            Company name:                          Beneficiary:                     Surrender or refund
                                                                                    value:

32  **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy  or are currently entitled to receive property because
   someone has died
   ■ No
   ☐ Yes  Give specific information .

33  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents  employment disputes  insurance claims, or rights to sue
   ■ No
   ☐ Yes  Describe each claim

34  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes  Describe each claim

35  **Any financial assets you did not already list**
   ■ No
   ☐ Yes  Give specific information

36  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here................................................................................................. | $25.00 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37  Do you own or have any legal or equitable interest in any business-related property?
   ■ No  Go to Part 6
   ☐ Yes  Go to line 38

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
            If you own or have an interest in farmland, list it in Part 1.

46  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ■ No  Go to Part 7
   ☐ Yes  Go to line 47

**Part 7:**  Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples*: Season tickets, country club membership
    ■ No
    ☐ Yes  Give specific information    …

54  **Add the dollar value of all of your entries from Part 7. Write that number here** ………………………………    **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ……………………………………………………………………………    **$70,600.00**
56  **Part 2: Total vehicles, line 5**                                              **$0.00**
57  **Part 3: Total personal and household items, line 15**                         **$2,550.00**
58  **Part 4: Total financial assets, line 36**                                     **$25.00**
59  **Part 5: Total business-related property, line 45**                            **$0.00**
60  **Part 6: Total farm- and fishing-related property, line 52**                   **$0.00**
61  **Part 7: Total other property not listed, line 54**                     +     **$0.00**

62  **Total personal property. Add lines 56 through 61**          **$2,575.00**    Copy personal property total    **$2,575.00**

63  **Total of all property on Schedule A/B** Add line 55 + line 62                 **$73,175.00**

Software Copyright (c) 1996-2018 Best Case LLC - www.bestcase com                          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **Kimberly Lynn Nelson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number | 18-12474 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt   4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**   Identify the Property You Claim as Exempt

1.   **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions    11 U.S.C. § 522(b)(2)

2.   **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **5816 E 22nd St N Wichita, KS 67220**<br>**Sedgwick County**<br>Line from *Schedule A/B*: **1.1** | $70,600.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2301 |
| **2005 Cadillac Deville**<br>**VIN 1G6KD57Y5U107250**<br>Line from *Schedule A/B*: **3.1** | Unknown | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2304(c) |
| **Furniture, Appliances & Household Furnishings**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2304(a) |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2304(a) |
| **Misc. Jewelry**<br>Line from *Schedule A/B*: **12.1** | $50.00 | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2304(b) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| **Earned income credit**<br>Line from *Schedule A/B*: 28.1 | Unknown | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2315 |
| **Wages**<br>Line from *Schedule A/B*: 30.1 | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Kan. Stat. Ann. § 60-2310 |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1 215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2018 Best Case  LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 — **Kimberly Lynn Nelson**
First Name · Middle Name · Last Name

Debtor 2
(Spouse if filing)
First Name · Middle Name · Last Name

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number 18-12474
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known)

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules  You have nothing else to report on this form

■ Yes. Fill in all of the information below.

**Part 1:** **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim  If more than one creditor has a particular claim, list the other creditors in Part 2  As much as possible  list the claims in alphabetical order according to the creditor's name

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Credit Union of America**<br>Creditor's Name | Describe the property that secures the claim:<br>**5816 E 22nd St N Wichita, KS 67220**<br>**Sedgwick County** | Unknown | $70,600.00 | Unknown |

**711 West Douglas**
**Wichita, KS 67213**

Number  Street  City  State & Zip Code

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien  mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2.2** **Members Mortage Servic**<br>Creditor's Name | Describe the property that secures the claim:<br>**5816 E 22nd St N Wichita, KS 67220**<br>**Sedgwick County** | $32,026.00 | $70,600.00 | $0.00 |

**200 E 1st Ave**
**Hutchinson, KS 67501**

Number  Street  City  State & Zip Code

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien  mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | |
|---|---|
| Date debt was incurred | **Opened 03/13 Last Active 11/03/18**    Last 4 digits of account number   **9516** |

| | | | | |
|---|---|---|---|---|
| **2.3** | **Speedy Cash** | Describe the property that secures the claim: | **$837.00** | Unknown | Unknown |

| 2.3 | **Speedy Cash** | Describe the property that secures the claim: | **$837.00** | Unknown | Unknown |
|---|---|---|---|---|---|

**2.3**   **Speedy Cash**
Creditor's Name

Describe the property that secures the claim:
**2005 Cadillac Deville
VIN 1G6KD57Y5U107250**

**$837.00**      Unknown      Unknown

6300 E 21st St N
Wichita, KS 67208
Number Street City State & Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply

☑ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$32,863.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$32,863.00** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Case 18-12474    Doc# 12    Filed 01/14/19    Page 18 of 34

| Debtor 1 | **Kimberly Lynn Nelson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number (if known) | **18-12474** | | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

■ No  Go to Part 2

☐ Yes

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No  You have nothing to report in this part. Submit this form to the court with your other schedules

■ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2

|  |  |  | Total claim |
|---|---|---|---|
| **4.1** | **Acceptance Now** | Last 4 digits of account number    **1018** | **$2,872.00** |
| | Nonpriority Creditor's Name | | |
| | **Attn: Acceptancenow Customer Service / B** | **Opened 03/17  Last Active 05/18** | |
| | | When was the debt incurred? | |
| | **5501 Headquarters Dr** | | |
| | **Plano, TX 75024** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ Check if this claim is for a  community debt | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans  and other similar debts | |
| | ☐ Yes | ■ Other  Specify   **Rental Agreement** | |

**4.2**   **American Family Financial Serv**
Nonpriority Creditor's Name
**6000 American Parkway**
**Madison, WI 53783**
Number Street City State Zip Code
**Who incurred the debt?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____              **$200.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other Specify _____

---

**4.3**   **Credit Union Of Americ**
Nonpriority Creditor's Name
**4708 10th St**
**Great Bend, KS 67530**
Number Street City State Zip Code
**Who incurred the debt?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **1830**              **$5,654.00**

**When was the debt incurred?**   **Opened 06/97  Last Active 11/04/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other Specify   **Credit Card**

---

**4.4**   **Dillards Card Srvs/Wells Fargo Bank Na**
Nonpriority Creditor's Name
**Po Box 10347**
**Des Moines, IA 50306**
Number Street City State Zip Code
**Who incurred the debt?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **4135**              **$139.00**

**When was the debt incurred?**   **Opened 01/03  Last Active 11/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other Specify   **Charge Account**

---

Case 18-12474    Doc# 12    Filed 01/14/19    Page 20 of 34

---

| 4.5 | **Kansas Counselors, Inc** | | Last 4 digits of account number   7749 | | $30.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 14765**
**Shawnee Mission, KS 66285**
Number Street City State Zip Code

**When was the debt incurred?**     **Opened 11/17   Last Active 05/17**

**Who incurred the debt?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans and other similar debts

■ Other  Specify   **Collection Attorney Wichita Radiological Group**

---

| 4.6 | **Kansas Counselors, Inc** | | Last 4 digits of account number   9922 | | $662.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 14765**
**Shawnee Mission, KS 66285**
Number Street City State Zip Code

**When was the debt incurred?**     **Opened 04/15   Last Active 11/13**

**Who incurred the debt?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans and other similar debts

■ Other  Specify   **Collection Attorney Westar Energy**

---

| 4.7 | **Kansas Counselors, Inc** | | Last 4 digits of account number   9918 | | $73.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 14765**
**Shawnee Mission, KS 66285**
Number Street City State Zip Code

**When was the debt incurred?**     **Opened 04/15   Last Active 05/14**

**Who incurred the debt?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans and other similar debts

■ Other  Specify   **Collection Attorney Westar Energy**

---

| 4.8 | **Kansas Counselors, Inc** | Last 4 digits of account number | 9908 | $183.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 14765**
**Shawnee Mission, KS 66285**
Number Street City State Zip Code

When was the debt incurred?     **Opened 04/15  Last Active 03/14**

**Who incurred the debt?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans and other similar debts

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Other Specify   **Collection Attorney Westar Energy**

---

| 4.9 | **Kansas Counselors, Inc** | Last 4 digits of account number | 9867 | $135.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 14765**
**Shawnee Mission, KS 66285**
Number Street City State Zip Code

When was the debt incurred?     **Opened 04/15  Last Active 02/15**

**Who incurred the debt?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans and other similar debts

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Other Specify   **Collection Attorney Westar Energy**

---

| 4.10 | **Kimberly Savage** | Last 4 digits of account number | | $600,000.00 |

Nonpriority Creditor's Name
**c/o Michael Piddle**
**445 N Waco**
**Wichita, KS 67202**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans and other similar debts

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Other Specify   **Lawsuit**

---

Case 18-12474   Doc# 12   Filed 01/14/19   Page 22 of 34

| 4.1 | | |
|---|---|---|
| 1 | | |

**Lincoln Automotive Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 542000**
**Omaha, NE 68154**
Number Street City State Zip Code

Who incurred the debt? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **8325**                         **$17,140.00**

When was the debt incurred?   **Opened 01/14  Last Active 12/04/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans  and other similar debts
■ Other  Specify   **Automobile**

---

| 4.1 | | |
|---|---|---|
| 2 | | |

**Medicredit Inc.**
Nonpriority Creditor's Name
**Po Box 1629**
**Maryland Heights, MO 63043**
Number Street City State Zip Code

Who incurred the debt? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **4416**                         **$2,252.00**

When was the debt incurred?   **Opened 08/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans  and other similar debts
■ Other  Specify   **Collection Attorney Wesley Woodlawn Hospital**

---

| 4.1 | | |
|---|---|---|
| 3 | | |

**Phoenix Financial Services. Llc**
Nonpriority Creditor's Name
**Po Box 361450**
**Indianapolis, IN 46236**
Number Street City State Zip Code

Who incurred the debt? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **4638**                         **$41.00**

When was the debt incurred?   **Opened 09/18  Last Active 11/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans  and other similar debts
■ Other  Specify   **Collection Attorney Four Chambers Emergency Physic**

---

Debtor 1  **Kimberly Lynn Nelson**                    Case number (if known)  **18-12474**

---

| 4 1 4 | **Portfolio Recovery** | Last 4 digits of account number  **7759** | **$1,283.00** |

Nonpriority Creditor's Name

**Po Box 41021**
**Norfolk, VA 23541**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 05/16  Last Active 02/15**

Who incurred the debt? Check one

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans  and other similar debts
■ Other  Specify  **Factoring Company Account Citibank N.A.**

---

| 4 1 5 | **Synchrony Bank/ JC Penneys** | Last 4 digits of account number  **7004** | **$2,682.00** |

Nonpriority Creditor's Name

**Attn:  Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened 04/07  Last Active 12/16/18**

Who incurred the debt? Check one

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans  and other similar debts
■ Other  Specify  **Charge Account**

---

| 4 1 6 | **Wesley Woodlawn** | Last 4 digits of account number | **$2,252.00** |

Nonpriority Creditor's Name

**2610 N Woodlawn**
**Wichita, KS 67220**

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans  and other similar debts
■ Other  Specify  **Medical Services**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|   |   |   | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a | **Domestic support obligations** | 6a | $ | 0.00 |
| | 6b | **Taxes and certain other debts you owe the government** | 6b | $ | 0.00 |
| | 6c | **Claims for death or personal injury while you were intoxicated** | 6c | $ | 0.00 |
| | 6d | **Other**. Add all other priority unsecured claims. Write that amount here | 6d | $ | 0.00 |
| | 6e | **Total Priority**. Add lines 6a through 6d | 6e | $ | 0.00 |

|   |   |   | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f | **Student loans** | 6f | $ | 0.00 |
| | 6g | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g | $ | 0.00 |
| | 6h | **Debts to pension or profit-sharing plans, and other similar debts** | 6h | $ | 0.00 |
| | 6i | **Other**. Add all other nonpriority unsecured claims. Write that amount here | 6i | $ | 635,598.00 |
| | 6j | **Total Nonpriority**. Add lines 6f through 6i | 6j | $ | 635,598.00 |

| Debtor 1 | **Kimberly Lynn Nelson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number | 18-12474 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No  Check this box and file this form with the court with your other schedules  You have nothing else to report on this form.
    ☐ Yes  Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |

**2.1**
Name

Number    Street

City                State      ZIP Code

**2.2**
Name

Number    Street

City                State      ZIP Code

**2.3**
Name

Number    Street

City                State      ZIP Code

**2.4**
Name

Number    Street

City                State      ZIP Code

**2.5**
Name

Number    Street

City                State      ZIP Code

Debtor 1    **Kimberly Lynn Nelson**
First Name     Middle Name     Last Name

Debtor 2
(Spouse if filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number    18-12474
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| 3.1 | Name |
|---|---|

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number   Street
City     State     ZIP Code

| 3.2 | Name |
|---|---|

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number   Street
City     State     ZIP Code

Fill in this information to identify your case:

Debtor 1     **Kimberly Lynn Nelson**

Debtor 2
(Spouse if filing)

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number    **18-12474**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income       12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| 1 | Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job attach a separate page with information about additional employers | **Employment status*** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Include part-time, seasonal or self-employed work | **Occupation** | | |
| | | **Employer's name** | Independent Living Resource Ctr | |
| | Occupation may include student or homemaker, if it applies | **Employer's address** | | |
| | | **How long employed there?** | | |

*See Attachment for Additional Employment Information

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be | 2 | $ 2,380.72 | $ | N/A |
| 3 | Estimate and list monthly overtime pay. | 3 | +$ 0.00 | +$ | N/A |
| 4 | Calculate gross Income. Add line 2 + line 3 | 4 | $ 2,380.72 | $ | N/A |

|  | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | 4 | $ | 2,380.72 | $ N/A |

5   List all payroll deductions:

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a | $ | 224.27 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b | $ | 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c | $ | 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d | $ | 0.00 | $ N/A |
| 5e | Insurance | 5e | $ | 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ | 0.00 | $ N/A |
| 5g | Union dues | 5g | $ | 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h + | $ | 0.00 + | $ N/A |

| 6 | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h | 6 | $ | 224.27 | $ N/A |
|---|---|---|---|---|---|
| 7 | Calculate total monthly take-home pay. Subtract line 6 from line 4 | 7 | $ | 2,156.45 | $ N/A |

8   List all other income regularly received:

| 8a | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income | 8a | $ | 0.00 | $ N/A |
|---|---|---|---|---|---|
| 8b. | Interest and dividends | 8b | $ | 0.00 | $ N/A |
| 8c | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony spousal support, child support maintenance, divorce settlement and property settlement | 8c | $ | 0.00 | $ N/A |
| 8d | Unemployment compensation | 8d | $ | 0.00 | $ N/A |
| 8e | Social Security | 8e | $ | 0.00 | $ N/A |
| 8f | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f | $ | 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g | $ | 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: | 8h + | $ | 0.00 + | $ N/A |

| 9 | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9 | $ | 0.00 | $ N/A |
|---|---|---|---|---|---|

| 10 | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10 | $ 2,156.45 + $ N/A = $ 2,156.45 |
|---|---|---|---|

11   State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner members of your household, your dependents your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*
Specify: _____   11   +$   0.00

12   Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data* if it
applies                                                                                      12   $   2,156.45

**Combined monthly income**

13   Do you expect an increase or decrease within the year after you file this form?

☑   No

☐   Yes  Explain: _____

# Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | |
| Name of Employer | **St Raphael Nursing** |
| How long employed | |
| Address of Employer | |

Fill in this information to identify your case:

Debtor 1 **Kimberly Lynn Nelson**

Debtor 2
(Spouse if filing)

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number **18-12474**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No Go to line 2
   ☐ Yes Does Debtor 2 live in a separate household?

   ☐ No
   ☐ Yes Debtor 2 must file Official Form 106J-2 *Expenses for Separate Household* of Debtor 2

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents names

   ☐ Yes Fill out this information for each dependent

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot | 4 $ | 515.00 |
| | If not included in line 4: | | |
| 4a | Real estate taxes | 4a $ | 0.00 |
| 4b | Property, homeowner's or renter's insurance | 4b $ | 0.00 |
| 4c | Home maintenance repair and upkeep expenses | 4c $ | 100.00 |
| 4d | Homeowner's association or condominium dues | 4d $ | 0.00 |
| 5 | Additional mortgage payments for your residence, such as home equity loans | 5 $ | 0.00 |

Official Form 106J

Schedule J: Your Expenses

page 1

| | | | |
|---|---|---|---:|
| 6 | **Utilities:** | | |
| | 6a    Electricity  heat, natural gas | 6a  $ | 300.00 |
| | 6b    Water  sewer, garbage collection | 6b  $ | 120.00 |
| | 6c.    Telephone, cell phone, Internet  satellite, and cable services | 6c.  $ | 50.00 |
| | 6d    Other  Specify: | 6d  $ | 0.00 |
| 7 | **Food and housekeeping supplies** | 7  $ | 300.00 |
| 8 | **Childcare and children's education costs** | 8  $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9  $ | 100.00 |
| 10 | **Personal care products and services** | 10  $ | 100.00 |
| 11 | **Medical and dental expenses** | 11  $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance  bus or train fare | | |
| | Do not include car payments | 12.  $ | 100.00 |
| 13 | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13  $ | 50.00 |
| 14 | **Charitable contributions and religious donations** | 14.  $ | 100.00 |
| 15 | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| | 15a    Life insurance | 15a  $ | 0.00 |
| | 15b    Health insurance | 15b  $ | 0.00 |
| | 15c    Vehicle insurance | 15c  $ | 50.00 |
| | 15d    Other insurance  Specify: | 15d  $ | 0.00 |
| 16 | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20 | | |
| | Specify: | 16  $ | 0.00 |
| 17 | **Installment or lease payments:** | | |
| | 17a    Car payments for Vehicle 1 | 17a  $ | 257.00 |
| | 17b.    Car payments for Vehicle 2 | 17b  $ | 0.00 |
| | 17c    Other  Specify:    **Big lots** | 17c  $ | 112.00 |
| | 17d    Other  Specify: | 17d  $ | 0.00 |
| 18 | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18  $ | 0.00 |
| 19 | **Other payments you make to support others who do not live with you.** | | |
| | Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a    Mortgages on other property | 20a  $ | 0.00 |
| | 20b    Real estate taxes | 20b  $ | 0.00 |
| | 20c    Property, homeowner's  or renter's insurance | 20c  $ | 0.00 |
| | 20d    Maintenance, repair  and upkeep expenses | 20d  $ | 0.00 |
| | 20e    Homeowner's association or condominium dues | 20e  $ | 0.00 |
| 21 | **Other:** Specify: | 21  +$ | 0.00 |
| 22 | **Calculate your monthly expenses** | | |
| | 22a  Add lines 4 through 21 | $ | 2,354.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2)  if any  from Official Form 106J-2 | $ | |
| | 22c  Add line 22a and 22b  The result is your monthly expenses | $ | 2,354.00 |
| 23 | **Calculate your monthly net income.** | | |
| | 23a    Copy line 12 *(your combined monthly income)* from Schedule I | 23a  $ | 0.00 |
| | 23b    Copy your monthly expenses from line 22c above | 23b  -$ | 2,354.00 |
| | 23c.    Subtract your monthly expenses from your monthly income  The result is your *monthly net income* | 23c  $ | -2,354.00 |

24  **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No
☐ Yes    | Explain here: |

Fill in this information to identify your case:

| Debtor 1 | **Kimberly Lynn Nelson** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS | | |
| Case number (if known) | 18-12474 | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a  Copy line 55, Total real estate, from Schedule A/B | $ 70,600.00 |
| | 1b  Copy line 62, Total personal property  from Schedule A/B | $ 2,575.00 |
| | 1c  Copy line 63, Total of all property on Schedule A/B | $ 73,175.00 |

### Part 2:   Summarize Your Liabilities

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2 | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a  Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $ 32,863.00 |
| 3 | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a  Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| | 3b  Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 635,598.00 |
| | **Your total liabilities** | $ 668,461.00 |

### Part 3:   Summarize Your Income and Expenses

| 4 | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 2,156.45 |
|---|---|---|
| 5 | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 2,354.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■  Yes

7  **What kind of debt do you have?**

   ■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family  or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR  Form 122B Line 11; OR, Form 122C-1 Line 14.      $      **1,970.27**

9    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a ) | $     0.00 |
| 9b. Taxes and certain other debts you owe the government  (Copy line 6b ) | $     0.00 |
| 9c. Claims for death or personal injury while you were intoxicated  (Copy line 6c ) | $     0.00 |
| 9d. Student loans  (Copy line 6f.) | $     0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims  (Copy line 6g ) | $     0.00 |
| 9f Debts to pension or profit-sharing plans  and other similar debts  (Copy line 6h ) | +$     0.00 |
| 9g. **Total**. Add lines 9a through 9f | $     0.00 |

Software Copyright (c) 1996-2018 Best Case  LLC - www.bestcase.com          Best Case Bankruptcy